# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND SIMBULAN, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>FIRST HORIZON HOME LOAN CORPORATION, a division of FIRST HORIZON NATIONAL CORPORATION, a Tennessee corporation, GREEN TREE SERVICING LLC, and DOES 1 through 40 inclusive,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 12-cv-693-MMA (BGS)<br><br>**ORDER AFFIRMING THE COURT'S TENTATIVE RULING; AND**<br><br>**GRANTING DEFENDANTS FIRST TENNESSEE AND GREEN TREE'S MOTIONS TO DISMISS WITH PREJUDICE; AND**<br><br>[Doc. Nos. 23, 27]<br><br>**DENYING DEFENDANT GREEN TREE'S RENEWED MOTION TO EXPUNGE LIS PENDENS AS MOOT**<br><br>[Doc. No. 28] |

  This foreclosure-related action is before the Court on Defendants First Tennessee and Green Tree's ("Defendants") Motions to Dismiss Plaintiff's First Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6). [Doc. Nos. 23, 27.] Also before the Court is Defendant Green Tree's Renewed Motion to Expunge Lis Pendens. [Doc. No. 28.] On September 14, 2012, the Court issued a tentative ruling granting Defendants' motions to dismiss, dismissing Plaintiff's claims with prejudice, and denying Defendant Green Tree's motion to expunge lis pendens as

moot. [Doc. No. 34.] On September 17, 2012, the Court held a hearing on the motions.

Having considered the submissions of the parties and considered the arguments of counsel, the Court **AFFIRMS** its tentative ruling for the reasons stated on the record during the hearing, and in accordance therewith:

(1) The Court **GRANTS** Defendants' motions to dismiss, and dismisses all of Plaintiff's claims **with prejudice**;

(2) The Court **DENIES** Defendant Green Tree's renewed motion to expunge lis pendens as moot.

Accordingly, the Clerk of Court is instructed to enter judgment in favor of Defendants and terminate this case.

**IT IS SO ORDERED.**

DATED: September 18, 2012

Hon. Michael M. Anello
United States District Judge